# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                    Telephone: (212) 317-1200
New York, New York 10165                           Facsimile: (212) 317-1620

May 27, 2021

<u>**Via ECF**</u>

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     Esteban Morales, et al v. Thomas Colicchio, et al
        <u>Docket No.: 20-cv-08519 (KPF)</u>

Your Honor:

My office represents Plaintiffs in the above-captioned matter. I write, jointly with defense counsel, to respectfully request the Court to grant the parties an extension of time to submit the settlement agreement for Court approval, from the current deadline of May 27, 2021 to June 3, 2021.

The parties have prepared an agreement, but some of the parties need additional time to review and sign the agreement. This is the first request of its kind.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s_____
William K. Oates, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

cc:    Alexander Leonard, Esq. (via ECF)
       Jeffrey Miller, Esq. (via ECF)

Application GRANTED.

SO ORDERED.

Dated:   May 28, 2021
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*